Julie Turner (SBN 191146)
turner@turnerboyd.com
**TURNER BOYD LLP**
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile:  (650) 521-5931

Attorneys for Defendants
DUMONT AIRCRAFT SALES, LLC
AND KEVIN M. WARGO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY T. SAPERSTEIN, individually and in his capacity as Trustee of the Saperstein Family Revocable Trust dated August 3, 1989,<br><br>v.<br><br>DUMONT AIRCRAFT SALES, LLC, a Delaware limited liability company; KEVIN M. WARGO, an individual; and DOES 1-10, inclusive, | CASE NO.: 3:16-cv-01926-WHO<br><br>**JOINTLY PROPOSED CASE MANAGEMENT SCHEDULE AND ORDER** |

On July 20, 2016, the Court ordered the parties to submit a joint case management schedule. (Dkt. No. 28). Pursuant to that order, the parties jointly submit the following proposed schedule:

| Event | Deadline |
|---|---|
| Magistrate Settlement Conference | 10/18/16 |
| Fact Discovery | 12/31/16 |
| Opening Expert Reports | 1/27/17 |
| Responsive Expert Reports | 2/17/17 |
| Expert Depositions | 3/10/17 |
| Summary Judgment Opening Briefs | 3/31/17 |

| Event | Deadline |
|---|---|
| Summary Judgment Responsive Briefs | 4/21/17 |
| Summary Judgment Reply Briefs | 5/1/17 |
| Hearing on Summary Judgment Motions | 5/12/17 |
| Pretrial Conference | 7/25/17 |
| Trial | 8/21/17 |

The parties respectfully request that the Court enter the above schedule.

Dated: June 28, 2016          TURNER BOYD LLP


                                      */s/ Julie S. Turner /s/*
                              By:  JULIE S. TURNER (SBN 191146)

                              Attorneys for Defendants
                              Dumont Aircraft Sales, LLC and Kevin M. Wargo


Dated: August 28, 2016        SHARTSIS FRIESE LLP


                                      */s/ Richard F. Munzinger /s/*
                              By:  RICHARD F. MUNZINGER (SBN 217902)
                                   rmunzinger@sflaw.com
                                   One Maritime Plaza, Eighteenth Floor
                                   San Francisco, CA  94111-3598
                                   Tel:  415-421-6500
                                   Fax:  415-431-2922

                              Attorneys for Plaintiff
                              Guy T. Saperstein


   IT IS SO ORDERED, with the exception that the Pretrial Conference shall be set for July 17, 2017 at 2 p.m., and the hearing on Motions for Summary Judgment shall be set for May 10, 2017 at 2:00 p.m.

   Dated:  August  8, 2016
                                      [signature]
                              HONORABLE WILLIAM H. ORRICK